IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-15-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| NATHAN ELI JOHNSON, | |
| Defendant. | |

The hearing set for May 1, 2018, at 1:30 P.m. is RESET for **May 1, 2018, at 1:00 p.m.** at the Paul G. Hatfield Courthouse, Helena, Montana.

Counsel for Defendant shall ensure Defendant's presence at the hearing.

DATED this 27th day of April, 2018.

SAM E. HADDON
United States District Judge

-1-